**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Annette McCrae-Gill | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 18-10803 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                              Respectfully submitted,
                              **/s/ Rebecca A. Solarz Esquire**
                              Rebecca A Solarz, Esquire
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322