## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Annette McCrae-Gill | : | |
| **Debtor** | : | |
| | : | CHAPTER 13 |
| PennyMac Loan Services, LLC | : | |
| | : | |
| **Movant** | : | Case No. 18-10803-MDC |
| v. | : | |
| | : | |
| Annette McCrae-Gill | : | 11 U.S.C. 362 |
| **Respondent** | : | |
| _____ | : | |

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

And now Annette McCrae-Gill by her attorney, Stephen M. Dunne, Esquire answers the request for relief from the automatic stay and avers as follows:

1. Admitted.
2. Admitted.
3. Denied.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.

WHEREFORE, debtor requests that the motion for relief from the automatic stay be denied.

Respectfully submitted,

Stephen M. Dunne, Esquire
/s/ Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)