IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**ANNETTE MCCRAE-GILL**
　　　　　　**Debtor**

**THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-RP2**
　　　　　　**Movant**
　　　　　v.
**ANNETTE MCCRAE-GILL**
　　　　　　**Respondent**

BK. No. 18-10803-mdc

Chapter No. 13

11 U.S.C. §362

## ORDER

AND NOW, this 1st day of September, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**MAGDELINE D. COLEMAN**
**Chief U.S. Bankruptcy Judge**

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

STEPHEN MATTHEW DUNNE
DUNNE LAW OFFICES, P.C.
1515 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

ANNETTE MCCRAE-GILL
A/K/A ANNETTE MCCRAE
5239 ARBOR STREET
PHILADELPHIA, PA 19133

ANNETTE MCCRAE-GILL
A/K/A ANNETTE MCCRAE
1239 WEST SERGEANT STREET
PHILADELPHIA, PA 19133

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19103