**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Annette McCrae-Gill | : | |
| | : | Bankruptcy No. 18-10803-MDC |
| Debtor | : | |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, that on September 21, 2021, a true and correct copy of the debtor's fourth amended chapter 13 plan was served pursuant to Fed. R. Bankr. P. 3015(d) and Fed. R. Bankr. P. 3012(b) upon all secured and priority creditors, separately classified creditors whose interests are materially affected by the amendments to the plan, all creditors who have filed requests for notice under Fed. R. Bankr. P. 2002, and the Debtor by first-class mail, postage pre-paid by referring to the creditors matrix and the addresses listed on the filed proof of claims on the court's docket. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: September 21, 2021

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109 Phone
(215) 525-9721 Fax