# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Annette McCrae-Gill | : | |
| | : | |
|     Debtor | : | Bankruptcy No. 18-10803-MDC |

## CERTIFICATION OF NO RESPONSE

I, STEPHEN DUNNE, ESQUIRE, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Motion to Modify Plan After Confirmation.

Respectfully Submitted,

Date: **October 28, 2021**

BY: /s/ *Stephen M. Dunne*
**Stephen M. Dunne, Esquire**
1515 Market Street, Suite. 1200
Philadelphia, PA 19102
(215) 551-7109