# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE :    **Annette McCrae-Gill**    CHAPTER 13

**Debtor**

CASE NO:    18-10803-mdc

## ORDER APPROVING MOTION TO MODIFY
## CHAPTER 13 PLAN POST-CONFIRMATION

AND NOW, this  28th  day of  October  2021, in consideration of the foregoing Motion to Modify Debtor's Chapter 13 Plan Post-Confirmation it is

ORDERED and DECREED that Debtor's Chapter 13 Plan may be amended post-confirmation pursuant to 11 U.S.C. Section 1329.

BY THE COURT

_Magdeline D. Coleman_
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE

cc:    Stephen M. Dunne, Esq.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Annette McCrae-Gill
5239 Arbor Street
Philadelphia, PA 19120