United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-10803-mdc
Annette McCrae-Gill Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Oct 29, 2021 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Annette McCrae-Gill, 5239 Arbor Street, Philadelphia, PA 19120-3603 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York et. al. andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BA andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| JAMES A. PROSTKO | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York et. al. paeb@fedphe.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor PENNYMAC LOAN SERVICES LLC paeb@fedphe.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

JEROME B. BLANK
    on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York et. al. paeb@fedphe.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York et. al. wbecf@brockandscott.com mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Annette McCrae-Gill bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com

THOMAS SONG
    on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York et. al. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE : | : | CHAPTER 13 |
| Annette McCrae-Gill | : | |
| | : | |
| Debtor | : | |
| | : | CASE NO:   18-10803-mdc |
| | : | |
| | : | |
| _____ | : | |

## ORDER APPROVING MOTION TO MODIFY
## CHAPTER 13 PLAN POST-CONFIRMATION

AND NOW, this  28th  day of  October  2021, in consideration of the foregoing Motion to Modify Debtor's Chapter 13 Plan Post-Confirmation it is

ORDERED and DECREED that Debtor's Chapter 13 Plan may be amended post-confirmation pursuant to 11 U.S.C. Section 1329.

BY THE COURT

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE

cc:   Stephen M. Dunne, Esq.
      1515 Market Street, Suite 1200
      Philadelphia, PA 19102

      Annette McCrae-Gill
      5239 Arbor Street
      Philadelphia, PA 19120