# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :        Chapter 13
    Annette McCrae-Gill                 :
                                                :
Debtor                                          :        Bankruptcy No. 18-10803-MDC


## O R D E R

AND NOW, this 21st day of November 2021 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fees in the amount of $950 are Approved to Dunne Law Offices, P.C.. in relation to services rendered for modifying the plan after confirmation.

Upon approval of the Supplemental Fee Application the trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge