## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>ANNETTE MCCRAE-GILL<br>    Debtor | Case No. 18-10803-mdc |
| | Chapter 13 |
| The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-RP2,<br>    Movant | |
| vs.<br>ANNETTE MCCRAE-GILL<br>    Respondents | 11 U.S.C. §362 |

### ORDER MODIFYING SECTION §362 AUTOMATIC STAY

Upon consideration of the Movant of The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-RP2 (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1239W Sergeant St, Philadelphia, PA 19133 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-RP2 may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

March 8, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S BANKRUPTCY JUDGE

ANNETTE MCCRAE-GILL
5239 ARBOR ST
PHILADELPHIA, PA 19133

Dunne Law Offices, P.C.
1515 Market St
Suite 1200
Philadelphia, PA 19102
bestcasestephen@gmail.com

Kenneth E. West, Bankruptcy Trustee
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov