# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10803-MDC

ANNETTE MCCRAE-GILL

5239 ARBOR STREET

PHILADELPHIA, PA 19133

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANNETTE MCCRAE-GILL

5239 ARBOR STREET

PHILADELPHIA, PA 19133

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

                                              /S/ Kenneth E. West

Date: 6/28/2022                                    _____

                                                          Kenneth E. West, Esquire
                                                          Chapter 13 Standing Trustee