United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Annette McCrae-Gill  
    Debtor

Case No. 18-10803-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jul 29, 2022      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette McCrae-Gill, 5239 Arbor Street, Philadelphia, PA 19120-3603 |
| 14640199 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14088834 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14051721 | + | Ocwen Loan Servicing, 4828 Loop Central Drive, Houston, TX 77081-2193 |
| 14051720 | + | Ocwen Loan Servicing, PO BOX 780, Waterloo, IA 50704-0780 |
| 14051722 | + | Ocwen Loan Servicing LLC, PO BOX 660264, Dallas, TX 75266-0264 |
| 14051725 | + | Ocwen Loan Servicing, LLC, PO Box 6440, Carol Stream, IL 60197-6440 |
| 14051724 | + | Ocwen Loan Servicing, Llc, P.o. Box 24646, West Palm Beach, FL 33416-4646 |
| 14491692 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14491989 | + | Pennymac Loan Services, LLC, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14362385 | | Pennymac Loan Services, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14640254 | + | The Bank of New York Mellon, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2022 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | CITY OF PHILADELPHIA, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 30 2022 00:56:49 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 30 2022 00:49:00 | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 14051708 | + | Email/Text: bankruptcynotices@aarons.com | Jul 30 2022 00:49:00 | Aarons Sales & Lease, Attn: Bankruptcy, 309 E Paces Ferry Rd Ne, Atlanta, GA 30305-2367 |
| 14051710 | + | Email/Text: bankruptcynotices@aarons.com | Jul 30 2022 00:49:00 | Aarons Sales & Lease, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 14170200 | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14051713 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 30 2022 00:56:51 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 14051712 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 30 2022 00:56:47 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14055951 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 30 2022 00:56:51 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14068685 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 30 2022 00:56:47 | Capital One Auto Finance, c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14051714 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2022 00:56:47 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14051715 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2022 00:56:50 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14082875 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 30 2022 00:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14051716 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 30 2022 00:49:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14051717 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2022 00:49:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14051718 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2022 00:49:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14051719 | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 30 2022 00:49:00 | Ocwen Loan Servicing, Attn: Research Dept, 1661 Worthington R Ste 100, West Palm Beach, FL 33409-6493 |
| 14051726 | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 30 2022 00:49:00 | Ocwen Loan Servicing, LLC, PO BOX 24738, West Palm Beach, FL 33416-4738 |
| 14051723 | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 30 2022 00:49:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 14640255 | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 30 2022 00:49:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14640200 | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 30 2022 00:49:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14086822 | Email/PDF: ebnotices@pnmac.com | Jul 30 2022 00:56:50 | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 14051727 | + Email/PDF: ebnotices@pnmac.com | Jul 30 2022 00:56:50 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14051728 | + Email/PDF: ebnotices@pnmac.com | Jul 30 2022 00:56:52 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14051730 | + Email/Text: bankruptcy@sw-credit.com | Jul 30 2022 00:49:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14051729 | + Email/Text: bankruptcy@sw-credit.com | Jul 30 2022 00:49:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14057133 | + Email/PDF: ebn_ais@aisinfo.com | Jul 30 2022 00:56:47 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14088579 | Email/Text: BKEBN-Notifications@ocwen.com | Jul 30 2022 00:49:00 | THE BANK OF NEW YORK MELLON ET. AL., OCWEN LOAN SERVICING, LLC, Attention: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14126486 | + Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, 1401 JFK Blvd., 5th Floor, Phila., PA 19102-1663 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14640202 | | *CID976355* *DID200399*, BarNumber:844 |
| 14640201 | | 20-12421 BKPLN01 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14051709 | *+ | Aarons Sales & Lease, Attn: Bankruptcy, 309 E Paces Ferry Rd Ne, Atlanta, GA 30305-2367 |
| 14051711 | *+ | Aarons Sales & Lease, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BA andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York et. al. andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| JAMES A. PROSTKO | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York et. al. paeb@fedphe.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York et. al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor PENNYMAC LOAN SERVICES LLC paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York et. al. wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf900 | Total Noticed: 43 |

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Annette McCrae-Gill bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com

THOMAS SONG
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York et. al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANNETTE  MCCRAE-GILL | Chapter 13 |
| Debtor | Bankruptcy No. 18-10803-MDC |

## ORDER

**AND NOW**, this ___29th___ day of ___July___ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Debtor:
ANNETTE  MCCRAE-GILL

5239 ARBOR STREET

PHILADELPHIA, PA 19133